# United States Court of Appeals
## For the First Circuit

No. 02-1645

FELIX MATEO,
a/k/a Manuel Lluberes, Johnny Rodriguez,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

ERRATA

The opinion of this Court, issued on November 7, 2002, should be amended as follows:

On page 4, 3rd line of 2nd full paragraph, insert "rule of constitutional" between "new" and "law".

On page 5, 7th line down, replace "7th" with "7th".